# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 27, 2026

Lyle W. Cayce
Clerk

———————

No. 25-30619
Summary Calendar

———————

Wilkinson Oloyede Thomas,

*Petitioner—Appellant*,

*versus*

Nathan Pate, *Warden, Federal Correctional Institution Oakdale II*,

*Respondent—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:25-CV-613

———————————————————————

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:*

Wilkinson Oloyede Thomas, federal prisoner # 09866-509, filed a pro se 28 U.S.C. § 2241 petition challenging the validity of his convictions for two drug-distribution conspiracies and possession with intent to distribute and dispense controlled substances. The district court dismissed the § 2241 petition without prejudice for lack of jurisdiction. Thomas filed a timely

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30619

notice of appeal from the district court's judgment. More than 28 days after entry of the judgment, Thomas filed a motion for reconsideration, which the district court denied.

Thomas's brief on appeal is wholly devoted to the district court's denial of his motion for reconsideration. However, he has not filed a notice of appeal from the order denying his motion for reconsideration. Consequently, the district court's denial of that motion is not before this court. *See* Fed. R. App. P. 4(a)(1); *Funk v. Stryker*, 631 F.3d 777, 781 (5th Cir. 2011). Because Thomas fails to brief a challenge to the district court's reasons for dismissing his § 2241 petition, the relevant issues are abandoned. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Accordingly, the judgment of the district court is AFFIRMED.